CSD 1101 [12/01/23]
Name, Address, Telephone No. & I.D. No.

**Aaron E. de Leest**
**870 Roosevelt**
**Irvine, CA 92620-3663**
**(949) 333-7777**
**216832 CA**

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Jeffrey David Phair**

BANKRUPTCY NO. **25-00661-JBM11**

Debtor.

## NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR
## ADDED BY AMENDMENT OR BALANCE OF SCHEDULES

You are hereby notified that the debtor is filing in this case a schedule or an amendment to the debtor's list of debts to include you as a creditor of this estate. If you have questions concerning the legal effect of this filing upon you as a creditor, please consult your own legal counsel. Neither the Court nor I may advise you on legal matters.

You are further notified that on February 25, 2025, the debtor filed a petition for relief under Chapter **11**, of the United States Bankruptcy Code. [If applicable: The case was subsequently converted to a case under Chapter ___ of the Code on:____.]

**As a result of the filing of the petition, you are notified that certain acts and proceedings against the debtor and his estate are stated as provided in 11 U.S.C. § 362(a).**

Copies of notices indicated below are pertinent to this case and are enclosed with this notice.

Order for and Notice of Section 341(a) Meeting and/or Notice of Hearing on Objection to Confirmation of Chapter 13 Plan

☑ Meeting and/or Hearing pending

☐ Meeting and/or Hearing concluded

☐ Meeting and/or Hearing continued to ___, at _.m.

☐ Discharge of the Debtor

☐ Order Fixing Last Date for Filing Claims and Proof of Claim (Form 410)

☐ Order Confirming Plan

☒ Other ( specify )   Order re Status Conference on Chapter 11 Petition

Dated: **March 11, 2025**

Signed: /s/ Aaron E. de Leest
☐ Debtor   ☑ Attorney for Debtor

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jeffrey David Phair<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx−xx−4458 |
| | | EIN: \_\_−_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: \_\_\_\_<br>EIN: \_\_−_____ | |
| United States Bankruptcy Court: | Southern District of California | Date case filed for chapter: | 11    2/25/25 |
| Case number: | 25−00661−JBM11 | | |

Official Form 309E1 (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

12/22

For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeffrey David Phair | |
| 2. | **All other names used in the last 8 years** | dba The Phair Company LLC | |
| 3. | **Address** | 8311 The Grant Place<br>Bonita, CA 91902 | |
| 4. | **Debtor's attorney**<br>Name and address | Aaron E. De Leest<br>Marshack Hays Wood LLP<br>870 Roosevelt<br>92620<br>Irvine, CA 92620 | Contact phone 949−333−7777<br>Email adeleest@marshackhays.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101−6991 | Hours open<br>8:30am − 4:30pm<br>Contact phone 619−557−5620<br>Date: 2/26/25 |

**For more information, see page 2 >**

Official Form 309E1 (For Individuals or Joint Debtors)    Notice of Chapter 11 Bankruptcy Case    page 1

| Debtor **Jeffrey David Phair** | Case number **25−00661−JBM11** |
|---|---|

| | | | |
|---|---|---|---|
| 6. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 2, 2025 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**To access the telephonic 341 meeting, dial / call 877−874−4964 and enter, passcode 9790041# when prompted** |
| 7. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 10 for more information):**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is: 6/2/25.**<br>**Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 5/6/25<br>**For a governmental unit:** 8/25/25<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.casb.uscourts.gov/forms/proofclaim or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| 8. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 9. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| 11. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.casb.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |
| 12. | **Dismissal of Case** | Notice is given that this case will be dismissed if the debtor(s) fails to pay filing fees pursuant to Federal Rules of Bankruptcy Procedure 1006(b). Also, notice is given that the case may be dismissed if the petition was filed by an unrepresented debtor without including a legible photocopy of the filer's government issued photo identification (such as driver's license or passport). This dismissal may occur without further notice. Furthermore, notice is given that if the Debtor fails to file schedules and statements required by the Rules of Bankruptcy Procedure 1007, or if the Debtor or Joint Debtor fails to appear at the scheduled §341(a) meeting, or a "small business debtor" fails to timely comply with 11 U.S.C. §1116(1),(2) and (3) that the Court, Trustee or U.S. Trustee will move for dismissal of case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled. | |

Official Form 309E1 (For Individuals or Joint Debtors)    Notice of Chapter 11 Bankruptcy Case    page 2

# Notice Recipients

District/Off: 0974−3     User: Admin.     Date Created: 2/26/2025
Case: 25−00661−JBM11     Form ID: 309E1     Total: 30

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Jeffrey David Phair | 8311 The Grant Place   Bonita, CA 91902 |
| aty | Aaron E. De Leest | Marshack Hays Wood LLP   870 Roosevelt   92620   Irvine, CA 92620 |
| smg | Franchise Tax Board | Attn: Bankruptcy   P.O. Box 2952   Sacramento, CA 95812−2952 |
| smg | IRS−Insolvency Division | P.O. Box 7346   Philadelphia, PA 19101−7346 |
| ust | United States Trustee | Office of the U.S. Trustee   880 Front Street   Suite 3230   San Diego, CA 92101 |
| ust | Office of the U.S. Trustee for Region 17 | 501 I Street, Suite 7−500   Sacramento, CA 95814 |
| ust | Office of the U.S. Trustee for Region 17 | 501 I Street, Suite 7−500   Sacramento, CA 95814 |
| ust | Elvina Rofael | United States Trustee   880 Front Street Third Floor, Suite 3230   San Diego, CA 92101 |
| ust | Rofael | United States Trustee   880 Front Street, Third Floor, Suite 323   San Diego, CA 92101 |
| 15165962 | Bill Borsari | 2017 Mesquite Court   Carlsbad, CA 92009 |
| 15165963 | Dana & Christina Schiffman | 6915 The Preserve Way   San Diego, CA 92130 |
| 15165964 | Danielle Drosch | 13423 Wyngate Point   San Diego, CA 92130 |
| 15165965 | Derezin Sheldon | 6409 Ridge Manor Avenue   San Diego, CA 92120 |
| 15165966 | Don Warren | 5033 Windsor Drive   San Diego, CA 92109 |
| 15165967 | Franchise Tax Board | Bankruptcy Section, MS:A−340   P.O. Box 2952   Sacramento, CA 95812−2952 |
| 15165968 | Green Phair Scripps Partners LLC | 945 East J. Street   Chula Vista, CA 91910 |
| 15165969 | Howard Zatkin | 6346 Via Maria   La Jolla, CA 92037 |
| 15165970 | Internal Revenue Service | Special Procedures − Insolvenc   P.O. Box 7346   Philadelphia, PA 19101−7346 |
| 15165971 | Jasmine Forman | 17 Sky Sail   Rancho Mirage, CA 92270 |
| 15165972 | Jeffrey & Jessica Healy | 5969 Via Zurita   La Jolla, CA 92037 |
| 15165973 | Julia Gill | P.O. Box 83621   San Diego, CA 92138 |
| 15165974 | Kevin Teel | 3943 Limber Pine Road   Fallbrook, CA 92028 |
| 15165975 | Mike Reed | 551 Marina Avenue   Coronado, CA 92118 |
| 15165976 | Phillip Mu | 2808 Caroline Way   Arcadia, CA 91007 |
| 15165977 | Renzulli Properties LLC | 3383 La Junta Avenue   San Diego, CA 92117 |
| 15165978 | Shellpoint Mortgage | P.O. Box 10826   Greenville, SC 29603 |
| 15165979 | Shellpoint Mortgage Servicing | P.O. Box 619063   Dallas, TX 75261 |
| 15165980 | Stan Drosch | 2428 Baja Cerro Circle   San Diego, CA 92109 |
| 15165981 | The Phair Company LLC | 945 East J. Street   Chula Vista, CA 91910 |
| 15165982 | Walt Pennington | 3304 30th Street   San Diego, CA 92104−4535 |

                                                            TOTAL: 30

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101

| In re:<br><br>JEFFREY DAVID PHAIR<br><br>Debtor(s). | BANKRUPTCY NO.: 25-00661-JBM11<br>Date of Hearing: April 3, 2025<br>Time of Hearing: 2:00 p.m.<br>Name of Judge: J. Barrett Marum |
|---|---|

**ORDER RE: STATUS CONFERENCE ON CHAPTER 11 PETITION**

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through three (3).

DATED: March 4, 2025

*/s/ J. Barrett Marum*
Judge, United States Bankruptcy Court

Order Entered on March 5, 2025 by Clerk U.S. Bankruptcy Court Southern District of California

Page 2 | ORDER RE: STATUS CONFERENCE ON CHAPTER 11 PETITION

In re Jeffrey David Phair                                                                 Case No. 25-00661-JBM11

The Court, having considered Debtor's Voluntary Chapter 11 Petition, and good cause appearing,

**ORDERS** that pursuant to 11 U.S.C. §105(d)(1) and (2) a status conference in the above-entitled proceeding has been set for **April 3 at 2:00 p.m., in Department 2, Room 118**, Jacob Weinberger U.S. Courthouse, 325 West "F" Street, San Diego, CA 92101.  **Absent compelling circumstances, Debtor's counsel and Debtor, or a representative, must appear in-person and will not be permitted to appear remotely.**

BE ADVISED that prior to the status conference, Debtor should have complied with all applicable federal and local rules of bankruptcy procedure as well as United States Trustee Program Policy and Practices ("USTPP"). These may include, but are not limited to:

- Closure of pre-petition bank accounts and proof of new bank accounts (11 U.S.C. § 345; USTPP 3-3.2.2)

- Enrollment of the US Trustee as a notice party on insurance policies (USTPP 3-3.2.3)

- Submission of all applications for employment (11 U.S.C. § 327(a); LBR 2014-1)

- Submission of application for insider compensation, if applicable (LBR 2016-2 and 4002-2).  Note that approval of employment for the general counsel of Debtor will not typically be granted until the requirements of this order have been satisfied.

- Submission of motion for use of cash collateral, if applicable (FRBP 4001; LBR 9014). Motions for use of cash collateral, or consent of the affected lender, are required as part of the initial filing requirements for all encumbered income producing property. All such motions and stipulations for use of cash collateral must be noticed to creditors and parties in interest as required by Bankruptcy Rule 4001, Local Bankruptcy Rule 4001.  Debtor must comply with the requirements of Appendix D-2, and ensure that all information contained as part of the form motions for use of cash collateral developed for use in the Central District of California is part of the evidence submitted in support of the motion.

- Submission of application for establishment of a claims bar date (LBR 3003)

- Submission of the first operating report, if due (11 U.S.C. § 1106(a)(7); USTPP 3-3.3)

- Filing of a 90-day cash flow budget, as well as all schedules, statements, and exhibits (11 U.S.C. § 521(a)(1); USTPP 3-3.3.3)

Signed by Judge J Barrett Marum March 4, 2025

Page 3 | ORDER RE: STATUS CONFERENCE ON CHAPTER 11 PETITION

In re Jeffrey David Phair                                                                 Case No. 25-00661-JBM11

No later than one week before the initial status conference, and every continued status conference thereafter, the Debtor must file a status report addressing the status of each of these matters, if applicable in the case. If the Debtor does not file this status report or comply with any of these requirements to the extent applicable, the Court may dismiss the case under 11 U.S.C. §§ 105(a) and 1112(b). The Court may impose other sanctions, including disgorgement of counsel's fees under 11 U.S.C. § 329, as may be appropriate given the Court's statutory and inherent authority to enforce compliance with its orders.

**IT IS SO ORDERED.**

Signed by Judge J Barrett Marum March 4, 2025

CSD 1101 [12/01/23]

## INSTRUCTIONS

1. Determine which of the notices or orders listed on the reverse side have been mailed to creditors prior to preparation of the amendment or balance of schedules being filed with this notice. Copies of those notices must be mailed to the added creditors and copies attached to this notice. Failure to do so may cause the amendment, schedules and/or notice to be returned for correction.
2. Compliance with LBR 1007-4 and 1009 are required.

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Notice to Creditors of the Above-Named Debtor Added by Amendment** on the following persons listed below by mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On March 11, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

   ☐ Chapter 7 Trustee:

   ☑ For Chapter 7, 11, & 12 cases:              ☐ For EVEN numbered Chapter 13 cases:

   UNITED STATES TRUSTEE                              MICHAEL KOCH, TRUSTEE
   ustp.region15@usdoj.gov                            mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail:**

   On **March 11, 2025**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

   | Christina Schiffman | Gary Borsari | Rudy & Doris Kastlunber | Steven & Margaret Yaptangco |
   |---|---|---|---|
   | 6915 The Preserve Way | 2017 Mesquite Ct | 2202 Confier Ave | 1273 Monte Sereno Ave. |
   | San Diego, CA 92130 | Carlsbad, CA 92009 | San Diego, CA 92154 | Chula Vista, CA 91913 |

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

   Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

   I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  **March 11, 2025**                         /s/ Aaron E. de Leest
             (Date)                                     Aaron E. de Leest
                                                        MARSHACK HAYS WOOD LLP
                                                        870 Roosevelt
                                                        Irvine, CA 92620-3663
                                                        Address