```
 1  Leslie T. Gladstone, Esq. (SBN 144615)
    Christin A. Batt, Esq. (SBN 222584)
 2  FINANCIAL LAW GROUP
    5656 La Jolla Blvd.
 3  La Jolla, CA 92037
    Telephone: (858) 454-9887
 4  Facsimile: (858) 454-9596
 5  E-mail: ChristinB@flgsd.com

 6  Associate Counsel for Margaret Yaptangco,
    Steve Yaptangco, Doris Kastlunger, and Rudy Kastlunger
 7
```

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 25-00661-JBM11 |
|---|---|
| JEFFREY DAVID PHAIR, | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| Debtor. | Dept: Two (2)<br>Honorable J. Barrett Marum |

PLEASE TAKE NOTICE that Financial Law Group, P.C. ("**FLG**"), registered CM/ECF user in the above-reference court, hereby appears under Federal Rules of Bankruptcy Procedure 9010 and requests that the undersigned attorney be added to the official mailing matrix and service lists in this case. FLG requests, pursuant to Bankruptcy Rules 2002, 3017, 9007, 9010, and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon FLG at the address, email, and/or facsimile number set forth below:

FINANCIAL LAW GROUP P.C.<br>
Christin A. Batt (SBN 222584)<br>
5656 La Jolla Blvd.<br>
La Jolla, CA 92037<br>
Telephone: (858) 454-9887

Facsimile: (858) 454-9596
E-mail: ChristinB@flgsd.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which this party in interest is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Respectfully submitted,

Dated: March 17, 2025   FINANCIAL LAW GROUP

By: /s/ Christin A. Batt
Christin A. Batt, Esq.
Associate Counsel for Margaret Yaptangco, Steve Yaptangco, Doris Kastlunger, and Rudy Kastlunger