MARY R. ROBBERSON, ESQ. (Bar. No. 190641)
mary@theRSfirm.com
MAGGIE E. SCHROEDTER, ESQ. (Bar No. 270377)
maggie@theRSfirm.com
LANE C. HILTON, ESQ. (Bar No. 314892)
lane@theRSfirm.com
ROBBERSON SCHROEDTER LLP
501 West Broadway, Suite 1260
San Diego, CA 92101
(619) 353-5691

Attorneys for Creditors,
STEVE YAPTANGCO; MARGRET YAPTANGCO,
TRUSTEE OF THE JOHN A. KASTLUNGER TRUST;
DORIS KASTLUNGER; RUDOLPH KASTLUNGER,
CO-TRUSTEE OF THE DORIS & RUDOLPH
KASTLUNGER FAMILY TRUST

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JEFFREY DAVID PHAIR,<br><br>           Debtor. | Case No.:   25-00661-JBM11<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>JUDGE:   Hon. J. Barrett Marum<br>DEPT.:   2<br>ROOM:    218 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that Robberson Schroedter LLP ("RS"), registered CM/ECF users in the above-referenced court, hereby appear under Fed. R. Bankr. P. 9010 and request that notice of all events relevant to the above-captioned matter and copies of all notices, pleadings, and other documents filed in this case, including all pleadings or notices to be given under Rule 2002 of the Federal Rules of Bankruptcy Procedure, be served on it as follows:

Lane C. Hilton, Esq.
Robberson Schroedter LLP
501 West Broadway, Suite 1260
San Diego, CA 92101
lane@theRSfirm.com
amy@theRSfirm.com

In addition, RS requests that it be added to the Master Mailing Matrix in this case and receive notice of all proceedings in this matter.

Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any writing or conduct, shall constitute a waiver by RS of any:

    a. Right to have any final orders in any non-core matters entered after *de novo* review by a United States District Judge;

    b. Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy, or proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

    c. Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or

    d. Other rights, claims, actions, defenses, set-offs, recoupments, or other matters to which this party in interest is entitled under any agreements, at law or in equity, or under the United States Constitution.

///
///
///
///

RS expressly reserves all rights listed above.

Respectfully submitted,

DATED: March 20, 2025

ROBBERSON SCHROEDTER LLP

By: */s/Lane C. Hilton*
MARY R. ROBBERSON, ESQ.
MAGGIE E. SCHROEDTER, ESQ.
LANE C. HILTON, ESQ.
Attorneys for Creditors
STEVE YAPTANGCO; MARGRET YAPTANGCO, TRUSTEE OF THE JOHN A. KASTLUNGER TRUST; DORIS KASTLUNGER; RUDOLPH KASTLUNGER, CO-TRUSTEE OF THE DORIS & RUDOLPH KASTLUNGER FAMILY TRUST