finmgt 12/24

## United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

In Re:  *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Jeffrey David Phair**
 8311 The Grant Place
Bonita, CA 91902
xxx−xx−4458
*Debtor alias(es):*  The Phair Company LLC

Case number:  25−00661−JBM11
Chapter:  11
Judge  J. Barrett Marum

## NOTICE OF REQUIREMENT TO CERTIFY

## COMPLETION OF A COURSE IN PERSONAL FINANCIAL MANAGEMENT

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in Personal Financial Management in order to receive a discharge under chapter 11 or 13 (11 U.S.C. §1141 or §1328). Pursuant to FRBP 1007(b)(7), the debtor(s) must complete and file the Certificate of Personal Financial Management Course.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the *Certificate of Personal Financial Management Course* and must be filed before a discharge can be entered. Debtor(s) and/or debtor(s) attorney is/are hereby notified that the debtor(s) must file the Certificate of Personal Financial Management Course no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under §1141(d)(5)(B) or §1328(b). Failure to file the Certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Certificate of Personal Financial Management Course, the debtor(s) must pay the full reopening fee due for filing the motion.

This requirement can be completed at any time before the deadline, and it is highly recommended that the debtor(s) complete this requirement as soon as possible to avoid missing the deadline. The Certificate of Personal Financial Management Course should not be confused with the Certificate of Credit Counseling which should be filed with the petition. The Certificate of Personal Financial Management Course is a separate filing requirement.

Dated:  4/12/25

Mark Schnakenberg
Clerk of the Bankruptcy Court