# PERSONAL CHECKING, *6548

**All completed transactions from 02/01/2025 to 03/31/2025**

| *Date* | *Number* | *Description* | *Withdrawals* | *Deposits* | *Balance* |
|---|---|---|---|---|---|
| 03/14/2025 | 102 | CHECK | 6,571.61 | | 5,323.52 |
| 03/10/2025 | | DEPOSIT | | 11,075.00 | 11,895.13 |
| 03/03/2025 | | DEPOSIT | | 720.13 | 820.13 |
| 02/28/2025 | | DEPOSIT | | 100.00 | 100.00 |

TORREY PINES BANK

Torrey Pines Bank, a division of Western Alliance Bank. Member FDIC.

PO Box 26237 • Las Vegas, NV 89126-0237
Return Service Requested

Last statement: February 28, 2025
This statement: March 28, 2025
Total days in statement period: 29

JEFFREY D PHAIR
DEBTOR IN POSSESION 25-00661-11
8311 THE GRANT PL
BONITA CA 91902-2200


XXXXXX6548
( 0)

Direct inquiries to:
877-476-2265

Torrey Pines Bank
8379 Center Drive
LA Mesa CA 91942

---

*WE'RE ENHANCING YOUR WESTERN ALLIANCE DEBIT CARD WITH TAP-TO-PAY AND ADDITIONAL SECURITY FEATURES. WHEN YOUR CURRENT CARD EXPIRES, YOU'LL AUTOMATICALLY RECEIVE A NEW CARD NUMBER WITH THESE CAPABILITIES. TO PREVENT ANY SERVICE DISRUPTIONS, BE SURE TO UPDATE YOUR NEW CARD NUMBER FOR RECURRING PAYMENTS ONCE YOU RECEIVE IT IF YOU HAVE ANY QUESTIONS, PLEASE CALL CLIENT CARE AT (866) 233-8115.*

---

## Personal Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX6548 | Beginning balance | $0.00 |
| Low balance | $100.00 | Total additions | 11,895.13 |
| Average balance | $4,602.56 | Total subtractions | 6,571.61 |
| Avg collected balance | $4,195 | Ending balance | $5,323.52 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 102 | 03-14 | 6,571.61 | | | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 02-28 | Deposit | 100.00 |
| 03-03 | Deposit | 720.13 |
| 03-10 | Deposit | 11,075.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | 100.00 | 03-10 | 11,895.13 | | |
| 03-03 | 820.13 | 03-14 | 5,323.52 | | |

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |