CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.
D. Edward Hays #162507, ehays@marshackhays.com
Aaron De Leest, #216832, adeleest@marshackhays.com
Laila Rais, #311731, lrais@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, CA 92620
Telephone: 949-333-7777

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re JEFFREY DAVID PHAIR<br>Debtor(s) | BANKRUPTCY NO. 3:25-bk-00661-JBM |
| Plaintiff(s) | ADVERSARY NO. |
| v.<br>Defendant(s) | |

# PROOF OF SERVICE

I, Layla Buchanan am a resident of the State of California, over the age of 18 years, and not a party to this action.

On April 21, 2025, I served the following documents:
1. Monthly Operating Report - March 2025; and
2. Proof of Service

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On April 21, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Chapter 7 Trustee:

☒ For Chapter 7, 11, & 12 cases:

UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:

MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail**:

On ______________________, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on ____________________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on April 21, 2025
(Date)

Layla Buchanan /s/ Layla Buchanan
(Typed Name and Signature)

870 Roosevelt
(Address)

Irvine, CA 92620
(City, State, ZIP Code)

**Mailing Information for Case 25-00661-JBM11**
**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Christin A. Batt** christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com
- **Aaron E. De Leest** adeleest@marshackhays.com, adeleest@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Todd S. Garan** ch11ecf@aldridgepite.com, tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
- **Lane C Hilton** lane@theRSfirm.com, amy@theRSfirm.com,5030583420@filings.docketbird.com,4634112420@filings.docketbird.com, ecf@theRSfirm.com
- **Alyssa Ivancevich** alyssa.s.ivancevich@usdoj.gov, tiffany.l.carroll@usdoj.gov,ustp.region15@usdoj.gov
- **Walt Pennington** wpennington@pennfirm.com
- **Mary Robberson** mary@thersfirm.com
- **Elvina Rofael** elvina.rofael@usdoj.gov, Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov
- **United States Trustee** ustp.region15@usdoj.gov