Fill in this information to identify the case:

Debtor Name: **JEFFREY PHAIR**

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number: **25-00661-11**

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of **3-31-25** on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| BELLA MAR LAND INVESTORS LLC | 75% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.

Debtor Name ___JEFFREY PHAIR___    Case number __25-00661-11__

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✗ _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
   MM / DD / YYYY

**For individual Debtors:**

✗ ___/s/ Jeff Phair___
Signature of Debtor 1
___JEFFREY PHAIR___
Printed name of Debtor 1
Date _4/18-25_
   MM / DD / YYYY

✗ _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
   MM / DD / YYYY

Official Form 426    Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability    page 2

Debtor Name __JEFFREY PHAIR__    Case number __25-00661-11__

**Exhibit A: Financial Statements for** [Name of Controlled Non-Debtor Entity] __BELLA MAR LAND INVESTORS LLC__

SEE ATTACHED

Exhibit A-1:  Balance Sheet - Bella Mar Land Investors LLC   (12-31-24)

Assets
- Cash (1)     $174,234
- Land     $20,000,000

TOTAL ASSETS:     $20,174,234

Liabilities
- Loan     $2,272,000
- Reimbursement to RTA     $3,000,000

TOTAL LIABILITIES:     $5,272,000

Equity     $14,902,234

(1) Held in an escrow account at Home Bank

Exhibit A-1: Balance Sheet – Bella Mar Land Investors LLC (3-31-25)

Assets
- Cash [1]     $87,114
- Land     $20,000,000

TOTAL ASSETS:     $20,087,114

Liabilities
- Loan     $2,272,000
- Reimbursement to RTA     $3,000,000

TOTAL LIABILITIES:     $5,272,000

Equity [2]     $14,815,114

(1) Held in escrow account at Home Bank
(2) Phair has contributed $11,250,000 in capital. Upon sale, Phair will receive a return of 100% of capital, which is not taxable. Therefore, 100% of Phair's return of capital will be available to pay creditors.

Debtor Name __JEFFREY PHAIR__    Case number __25-00661-11__

**Exhibit A-1: Balance Sheet for** [Name of Controlled Non-Debtor Entity] **as of** [date]    __BELLA MAR LAND INVESTORS LLC__  __3-31-25__

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

SEE ATTACHED

Debtor Name _JEFFREY PHAIR_    Case number _25-00661-11_

**Exhibit A-2: Statement of Income (Loss) for [Name of Controlled Non-Debtor Entity]** BELLA MAR LAND INVESTORS LLC **for period ending** [date] 3-31-25

[Provide a statement of income (loss) for the following periods:

(i) For the initial report:

  a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

  b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

SEE ATTACHED

Exhibit A-2:   Statement of Income - Bella Mar Land Investors LLC   (3-31-25)

| | | |
|---|---|---|
| Revenue | | <u>$0</u> |
| | TOTAL REVENUE: | $0 |
| Expenses | | |
| • Debt Service | | $68,070 |
| • Repairs | | $350 |
| • Management Fee | | <u>9,000</u> |
| | TOTAL EXPENSES: | $77,420 |
| Loss | | ($77,420) |

Exhibit A-2:  Statement of Income - Bella Mar Land Investors LLC   (12-31-24)

| | | |
|---|---|---|
| Revenue | | $0 |
| | TOTAL REVENUE: | $0 |
| Expenses (see attached) | | |
| • Debt Service | | $261,360 |
| • Other Expenses | | $91,550.88 |
| | TOTAL EXPENSES: | $352,910.88 |
| Loss | | ($352,910.88) |

## Exhibit A-2: Bella Mar Land Investors LLC Expenses (2024)

| Date | Check # | Amount | Invoice # | Payee | Expense Item | Account Code |
|---|---|---|---|---|---|---|
| 1/19/2024 | 3112 | $567.00 | 2529895 | American Fence | Fence Rental | 1022 |
| 1/23/2024 | 3113 | $156.60 | | CV Graphics | Sign | 705 |
| 2/20/2024 | 3114 | $425.00 | 122 | Adrian Sanchez | Sign Installation | 705 |
| 2/20/2024 | 3115 | $100.00 | 2534926 | American Fence | Fence Rental | 1022 |
| 3/12/2024 | 3116 | $2,473.61 | 27564 | Dole Insurance Agency | Insurance | 325 |
| 3/12/2024 | 3117 | $100.00 | 2541475 | American Fence | Fence Rental | 1022 |
| 3/18/2024 | 3118 | $50,000.00 | | Home Bank | Loan Payment | 1028 |
| 7/15/2024 | 3119 | $1,701.00 | 2522472 | American Fence | Fence Rental | 1022 |
| 7/15/2024 | 3120 | $27,691.54 | 627-100-09 | SD Tax Collector | Property Taxes | 1026 |
| 10/1/2024 | 3121 | $1,686.42 | | Franchise Tax Board | Taxes | 207 |
| 10/8/2024 | 3122 | $76.90 | | Franchise Tax Board | Taxes | 207 |
| 10/22/2024 | 3123 | $1,381.25 | | Drosch | Legal | 410 |
| 12/9/2024 | 1014 | $2,731.00 | | Pressley | Loan Interest | 1028 |
| 12/10/2024 | 3124 | $2,000.00 | | Cash | Laborers - Clean-up | 202 |
| 12/27/2024 | 3125 | $460.56 | 2588395 | American Fence | Fence Rental | 1022 |
| | TOTAL | $91,550.88 | | | | |

Debtor Name __JEFFREY PHAIR__   Case number __25-00661-11__

**Exhibit A-3: Statement of Cash Flows for** [Name of Controlled Non-Debtor Entity] __BELLA MAR LAND INVESTORS LLC__ **for period ending [date]** __3-31-25__

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

SEE ATTACHED

Exhibit A-3:  Statement of Cash – Bella Mar Land Investors LLC

Cash on 12-31-24:            $174,234

Cash on 3-31-25*:            $87,114

*Reflects automatic interest payments made monthly through an escrow account at Home Bank.

Debtor Name _JEFFREY PHAIR_    Case number _25-00661-11_

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for** [Name of Controlled Non-Debtor Entity] _BELLA MAR LAND INVESTORS LLC_
**for period ending** [date] _3-31-25_

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

NO CHANGES

Debtor Name  JEFFREY PHAIR       Case number  25-00661-11

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

# BELLA MAR LAND INVESTORS LLC

Bella Mar Land Investors LLC is a California LLC, which owns a 12-acre parcel of land in San Diego. The LLC has been processing entitlements for 20 years through the California Coastal Commission, to build 380 apartments. The project received final California Coastal Commission approval in December 2024. The City of San Diego planning commission has approved the project. The City of San Diego is scheduled to give final approval in June 2025. The Bella Mar project will then be sold in approximately mid-2026. The property appraised for $19.4 million. There is a bank loan of $2,272,000, and reimbursable costs to RTA of approx. $3 million. Colliers Commercial Real Estate has been retained to sell the Bella Mar project. Colliers listed the property at $22 million. Assuming a sale price of approx. $20 million, there is current equity of $14,799,000. All consultant work product is substantially completed and paid.

Debtor Name __JEFFREY PHAIR__   Case number __25-00661-11__

**Exhibit C: Description of Intercompany Claims**   __BELLA MAR LAND INVESTORS LLC__

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

NONE

Debtor Name ___JEFFREY PHAIR___   Case number __25-00661-11__

**Exhibit D: Allocation of Tax Liabilities and Assets** ___BELLA MAR LAND INVESTORS LLC___

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

THERE ARE NO TAX SHARING OR TAX ALLOCATION AGREEMENTS

Debtor Name **JEFFRE PHAIR**   Case number **25-00661-11**

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**   BELLA MAR LAND INVESTORS LLC

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

NONE